Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Wendy Miele (SBN 165551)
wmiele@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff Matthew Sorensen, individually and on behalf of all others similarly situated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MATTHEW SORENSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKULLCANDY INC., a Utah Corporation, and Does 1 through 25, inclusive,<br><br>Defendant. | Case No. 2:24-cv-04553-MEMF (BFMx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that Plaintiff Matthew Sorensen and Defendant Skullcandy Inc. have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

DATED: February 28, 2025        TAULER SMITH LLP

                              By:   */s/ Robert Tauler*
                                    Robert Tauler, Esq.
                                    Wendy Miele, Esq.
                                    Attorneys for Plaintiff
                                    Matthew Sorensen

# CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record by CM/ECF and by email to the following addresses:

**GORDON REES SCULLY MANSUKHANI, LLP**

Craig Mariam

cmariam@grsm.com

633 West Fifth Street, 52nd Floor

Los Angeles, CA 90071

*Attorney for Defendant*

DATED: February 28, 2025          TAULER SMITH LLP

 

By:     */s/ Robert Tauler*
          Robert Tauler, Esq.
          Wendy Miele, Esq.
          Attorneys for Plaintiff
          Matthew Sorensen